UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 13-4177 DSF (AJWx) | Date | 6/27/13 |
|---|---|---|---|
| Title | Ashot Khachaturyan v. Lexington Insurance Co. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to State Court

This case was removed on the basis of diversity, but Defendant has made no serious attempt to establish that the amount in controversy exceeds $75,000. Defendant admits that the complaint states no amount sought, yet Defendant only gives the barest description of the relief sought – compensation for damaged marble flooring and a marble staircase along with ancillary damages – and concludes, without analysis of any kind, that the amount in controversy exceeds $75,000. This is clearly insufficient.

The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.